FILED

MAR 13 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| NINA G. BAKER, | Cause No.: CV-17-44-BU-SEH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| GALLATIN CREEKS TO PEAKS, LLC | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice on file and for good cause shown;

IT IS ORDERED the above-entitled matter is hereby dismissed with prejudice as having been fully settled on its merits, each side to bear their own costs and attorneys' fees.

DATED this 13th day of March, 2018.

Sam E. Haddon
United States District Judge

1